FILED
7/11/16 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 14-24711 TPA |
| | : | |
| Jeff Alan English, | : | |
| Denise Ann English, | : | |
| | : | |
| Debtors, | : | Chapter 13 |
| Jeff Alan English, | : | Docket No.: |
| Denise Ann English, | : | Related To Docket No.: 47 |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, this **11th** day of **July**, 2016, upon consideration of Debtors' Motion to Approve Financing For a Vehicle, it is hereby Ordered and Directed as Follows:

1. Within thirty (30) days of the date of this Order, the Debtors may obtain vehicle financing in order to purchase a lease either a new or used vehicle.
2. The vehicle financing shale be no more than $25,000.00 inclusive of all taxes and fees, with a monthly payment of no more than $350.00.
3. Within forty-five (45) days from the date of this Order, a report of purchase shall be filed with the Court.
4. Within forty-five (45) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

_____
Thomas P. Agresti        ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeff Alan English  
Denise Ann English  
    Debtors

Case No. 14-24711-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Jul 11, 2016  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.  
db/jdb      +Jeff Alan English,    Denise Ann English,    7574 Franklin Road,    Cranberry twp, PA 16066-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com  
       Peter J. Caroff    on behalf of Debtor Jeff Alan English pcaroff2@hotmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                       TOTAL: 6