Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeff Alan English**
**Denise Ann English**
   Debtor(s)

Bankruptcy Case No.: 14–24711–TPA
Related to Docket No. 50
Chapter: 13
Docket No.: 51 – 17
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 9, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **December 27, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 25, 2016

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24711-TPA
Jeff Alan English                                                         Chapter 13
Denise Ann English
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lmar            Page 1 of 1            Date Rcvd: Oct 25, 2016
                             Form ID: 213          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
```
db/jdb       +Jeff Alan English,    Denise Ann English,    7574 Franklin Road,    Cranberry twp, PA 16066-2731
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Dept.,    PO Box 630267,
              Irving, TX   75063)
cr           +U.S. Bank National Association, Et Al...,    4375 Jutland Dr. Suite 200,    P.O. Box 17933,
              San Diego, CA 92177-7921
13962244      East Bay Funding, LLC,    c/o Resurgent Cpaital Services,    Greenville, SC 29603
13970279     +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13962247     +Kubota Finance,    3401 Del Amo Blvd,    Torrance, CA 90503-1636
13986589      Navient Solutions Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
14016344      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13990486      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13962245     +eCast Settlement Corp,    PO Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2016 01:54:01
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
              Miami, FL   33131-1605
13962246     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 01:54:25      GECCC/Yamaha,    PO Box 6153,
              Rapid City, SD 57709-6153
13962249      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2016 02:03:06
              Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
13967033      E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2016 01:54:00
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13962250     +E-mail/PDF: pa_dc_claims@navient.com Oct 26 2016 01:54:57      Sallie Mae Servicing,
              1002 Arthur Drive,    Lynn Haven, FL 32444-1683
13981253     +E-mail/Text: bncmail@w-legal.com Oct 26 2016 01:50:10      U.S. Bank National Association,
              C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13962248*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage LLC,    350 Highland Dr.,    Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com
              Peter J. Caroff    on behalf of Debtor Jeff Alan English pcaroff2@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```