**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| JEFF ALAN ENGLISH | : | BK. No. 14-24711 TPA |
| DENISE ANN ENGLISH | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| KUBOTA CREDIT CORPORATION | : | Related to Document No. 53 |
| Movant | : | |
| v. | : | Hearing Date: January 11, 2017 |
| JEFF ALAN ENGLISH | : | |
| DENISE ANN ENGLISH | : | Hearing Time: 10:00 AM |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE | : | Objection Date: December 9, 2017 |
| (TRUSTEE) | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 53**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on November 21, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than December 5, 2016.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: December 13, 2016         /s/ James A. Prostko, Esquire
                                 James A. Prostko, Esq., Id. No.27221
                                 Phelan Hallinan Diamond & Jones, LLP
                                 Omni William Penn Office Tower
                                 555 Grant Street, Suite 300
                                 Pittsburgh, PA 15219
                                 Phone Number: 215-563-7000 Ext 31501
                                 Fax Number: 215-568-7616
                                 Email: james.prostko@phelanhallinan.com

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| JEFF ALAN ENGLISH | : | BK. No. 14-24711 TPA |
| DENISE ANN ENGLISH | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| **KUBOTA CREDIT CORPORATION** | : | Related to Document No. 53 |
| Movant | : | |
| v. | : | Hearing Date: January 11, 2017 |
| JEFF ALAN ENGLISH | : | |
| DENISE ANN ENGLISH | : | Hearing Time: 10:00 AM |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | Objection Date: December 9, 2017 |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on December 13, 2016.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

PETER CAROFF, ESQUIRE
603B MCKNIGHT PARK DR
PITTSBURGH, PA 15237

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail
DENISE ANN ENGLISH
7574 FRANKLIN ROAD
CRANBERRY TOWNSHIP, PA 16066

JEFF ALAN ENGLISH
7574 FRANKLIN ROAD
CRANBERRY TOWNSHIP, PA 16066

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

<u>/s/ James A. Prostko, Esquire</u>
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com