IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/14/16 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| JEFF ALAN ENGLISH | : | BK. No. 14-24711 TPA |
| DENISE ANN ENGLISH | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| KUBOTA CREDIT CORPORATION | : | Document No.  53 |
| Movant | : | |
| v. | : | Hearing Date: January 11, 2017 |
| JEFF ALAN ENGLISH | : | |
| DENISE ANN ENGLISH | : | Hearing Time: 10:00 AM |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE | : | Objection Date: December 9, 2016 |
| (TRUSTEE) | : | |
| Respondents | : | |

### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of KUBOTA CREDIT CORPORATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a KUBOTA BX2670TV60 tractor bearing vehicle identification number 13568 along with a loader Model LA203A and a heavy duty front blade Model RX2763A to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: December 14, 2016

_____
THOMAS P. AGRESTI           ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeff Alan English  
Denise Ann English  
    Debtors

Case No. 14-24711-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Dec 14, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.  
db/jdb     +Jeff Alan English,  Denise Ann English,  7574 Franklin Road,  Cranberry twp, PA 16066-2731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...  agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
    Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com  
    James A. Prostko    on behalf of Creditor    Kubota Credit Corporation pawb@fedphe.com, james.prostko@phelanhallinan.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com  
    Peter J. Caroff    on behalf of Debtor Jeff Alan English pcaroff2@hotmail.com  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                     TOTAL: 7