Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeff Alan English** | : | Case No. 14−24711−TPA |
| **Denise Ann English** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **17th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24711-TPA
Jeff Alan English                                                       Chapter 13
Denise Ann English
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar              Page 1 of 2              Date Rcvd: Jan 17, 2017
                              Form ID: 309            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db/jdb         +Jeff Alan English,    Denise Ann English,    7574 Franklin Road,    Cranberry twp, PA 16066-2731
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Dept.,   PO Box 630267,
                  Irving, TX  75063)
cr             +U.S. Bank National Association, Et Al...,    4375 Jutland Dr. Suite 200,   P.O. Box 17933,
                  San Diego, CA 92177-7921
13962244        East Bay Funding, LLC,    c/o Resurgent Cpaital Services,    Greenville, SC 29603
13970279       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13962247       +Kubota Finance,    3401 Del Amo Blvd,    Torrance, CA 90503-1636
13986589        Navient Solutions Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                  P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
14016344        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jan 18 2017 01:53:00      Recovery Management Systems Corporation,
                  25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13962246       +RMSC.COM Jan 18 2017 01:53:00      GECCC/Yamaha,    PO Box 6153,   Rapid City, SD 57709-6153
13962249        EDI: PRA.COM Jan 18 2017 01:53:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                  Norfolk, VA 23502
13967033        EDI: RECOVERYCORP.COM Jan 18 2017 01:53:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13962250       +EDI: NAVIENTFKASMSERV.COM Jan 18 2017 01:53:00      Sallie Mae Servicing,    1002 Arthur Drive,
                  Lynn Haven, FL 32444-1683
13981253       +E-mail/Text: bncmail@w-legal.com Jan 18 2017 01:58:00      U.S. Bank National Association,
                  C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13990486        EDI: WFFC.COM Jan 18 2017 01:53:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                  Des Moines, IA 50306-0438
13962245       +EDI: ECAST.COM Jan 18 2017 01:53:00      eCast Settlement Corp,    PO Box 35480,
                  Newark, NJ 07193-5480
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Kubota Credit Corporation
13962248*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    350 Highland Dr.,   Lewisville, TX 75067)
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Kubota Credit Corporation pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: lmar                  Page 2 of 2              Date Rcvd: Jan 17, 2017
                              Form ID: 309                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Caroff    on behalf of Joint Debtor Denise Ann English pcaroff2@hotmail.com
          Peter J. Caroff    on behalf of Debtor Jeff Alan English pcaroff2@hotmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 8