**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEFF ALAN ENGLISH
    DENISE ANN ENGLISH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-24711 TPA

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/30/2014  and confirmed on 05/18/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,130.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,130.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,004.73 | |
|     Trustee Fee | 1,224.41 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,229.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA | 0.00 | 27,900.86 | 0.00 | 27,900.86 |
|     Acct: 6368 | | | | |
| US BANK NA | 34,784.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 6368 | | | | |
| KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0977 | | | | |
| WELLS FARGO FINANCIAL NB | 746.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8856 | | | | |
| | | | | 27,900.86 |
| **Priority** | | | | |
| PETER J CAROFF ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JEFF ALAN ENGLISH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PETER J CAROFF ESQ | 3,500.00 | 3,004.73 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| 14-24711 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   EAST BAY FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0230 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0833 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9830 | | | | |
|   NAVIENT SOLUTIONS INC O/B/O USAF INC | 34,511.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 3181 | | | | |
|   WELLS FARGO FINANCIAL NB | 146.88 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8856 | | | | |
|   NAVIENT SOLUTIONS INC | 10,630.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 3181 | | | | |
|   NAVIENT SOLUTIONS INC | 1,646.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 3181 | | | | |
|   NAVIENT SOLUTIONS INC | 9,774.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 3181 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*NONE\*\*\*

| TOTAL PAID TO CREDITORS | | 27,900.86 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 35,530.75 |
| UNSECURED | 56,709.58 |

Date: 02/09/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com